# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE I. REVIS, | CASE No. 1:13-cv-00980-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING ORDER AND FOR EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| J. LINES, et al., | (ECF Nos. 1) |
| Defendants. | |

Plaintiff Andre I. Revis is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Renteria, Botello, Lines and Sexton removed the action from state court and now request that the Court screen Plaintiff's Complaint in accordance with 28 U.S.C. § 1915A. (ECF No. 1.) That request is GRANTED. The Court will screen Plaintiff's Complaint in due course.

Defendants also ask that they not be required to answer or otherwise defend against this action until thirty days after the screening order is entered. (ECF No. 1.) That request is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's claims within thirty days of the Court's screening order if any claims are found

cognizable.

IT IS SO ORDERED.

Dated:   June 27, 2013                        /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE