# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE I. REVIS,<br><br>Plaintiff,<br><br>v.<br><br>J. LINES, et al.,<br><br>Defendants. | Case No. 1:13-cv-00980-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM**<br><br>**(ECF No. 11)**<br><br>**DISMISSAL COUNTS AS STRIKE PRUSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On March 14, 2014, the Magistrate Judge issued Findings and Recommendation that the action be dismissed with prejudice for failure to state a claim subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). (F&R's, ECF No. 11 at ¶ V.) Plaintiff filed Objections to the Findings and Recommendation. (Obj. to F&R's, ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Plaintiff's Objections re-argue matters previously considered by the Magistrate Judge and found deficient for reasons stated in the Findings and Recommendation. Defendants did not knowingly delay responding to serious conditions in and around Plaintiff's cell intending to cause and causing him harm. He does not have an independent due process right arising from the California Department of Corrections and Rehabilitation grievance process.

Plaintiff's objections do not raise an issue of law or fact under the Findings and Recommendation and so lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed on March 14, 2014 (F&R's, ECF No. 11) in full,
2. The action is DISMISSED with prejudice for failure to state a claim and dismissal shall count as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), and
3. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:   **April 1, 2014**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE